UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GERARDO ANGEL GARCIA,

        Petitioner,

    v.

J. SOLIS, Warden,

        Respondent.
                                  /

No. C 04-1412 PJH (PR)

**JUDGMENT**

The court having entered a ruling today denying the petition for a writ of habeas corpus, judgment is entered in favor of respondent and against petitioner. Petitioner shall obtain no relief by way of his petition.

**IT IS SO ORDERED**.

Dated:  August 17, 2007.

                                               PHYLLIS J. HAMILTON
                                               United States District Judge

G:\PRO-SE\PJH\HC.04\GARCIA,G1412.JUD.wpd